| Date | Vendor | Items | Amount |
|---|---|---|---|
| 1/23/2020 | Staples | Binders, Folders, Paper | $ 118.67 |
| 1/20/2020 | Amazon | Exhibit Labels | $ 23.82 |
| 1/17/2020 | Amazon | Binder Dividers | $ 42.38 |
| 1/26/2020 | Doubletree | Hotel for 2 Attorneys and 1 Witness for 4 Nights for Trial | $ 1,717.08 |
| 1/26/2020 | Valet Parking | Parking at DoubleTree | $ 80.00 |
| | | | $ 1,981.95 |

Total Cost